# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:07-bk-00575-ABB |
| F. F. STATION, LLC, a Florida limited liability company, | Chapter 11 |
| Debtor. | |
| F. F. STATION, LLC, a Florida limited liability company, | Adv. No.: 6:09-ap-00039-ABB |
| Plaintiff, vs. | |
| GRAY ROBINSON, P.A., a Florida corporation, f/k/a GRAY HARRIS & ROBINSON P.A. | |
| Defendant. | |

## JOINT MOTION FOR AN ORDER EXTENDING DEADLINE TO SUBMIT STATEMENT OF FACTS AND LEGAL PROPOSITIONS

Plaintiff, F.F. Station, LLC, (the "Plaintiff" or "FF Station") and GrayRobinson, P.A. ("GR" or the "Defendant"), through their respective counsels, and pursuant to 11 U.S.C. § 105(a), hereby request entry of an order extending the deadline for the parties to submit their statement of facts and conclusions of law, currently set for August 7, 2009, and in support state as follows:

### Background and Relief Requested

1. On February 20, 2007, FF Station filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; no trustee has been appointed. FF Station continues to operate its business and manage its property as a debtor-in-possession under §§ 1101(a) and 1108 of the Code. *See In re FF Station, LLC*, Case No. 6:07-bk-00575-ABB ("FF Station Bankruptcy Case").

2. On April 18, 2007, LJPE filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division, Case No. 6:07-bk-01505-ABB (the "LJPE Bankruptcy Case").

3. On February 19, 2009, FF Station filed adversary complaints against GrayRobinson, P.A. ("GR"), Foley & Lardner, LLP ("FOLEY"), First International Bank and Trust ("FIB"), and American Bank of St. Paul ("AMERICAN") alleging counts of fraudulent transfers. *See FF Station, LLC v. Gray Robinson P.A. (In re FF Station, LLC)*, Case 6:08-ap-00039-ABB ("GR Adversary"); *FF Station, LLC v. Foley & Lardner, LLP (In re FF Station, LLC)*, Case 6:08-ap-00040-ABB ("FOLEY Adversary"); *FF Station, LLC v. First International Bank and Trust, (In re FF Station, LLC)*, Case 6:08-ap-00041-ABB ("FIB Adversary"); *and FF Station, LLC v. American Bank of St. Paul (In re FF Station, LLC)*, Case 6:08-ap-00042-ABB ("AMERICAN Adversary").

4. On June 24, 2008, FF Station filed an adversary complaint against First National Bank and Trust Co. of Williston ("FNB") alleging counts of fraudulent transfers. *See FF Station, LLC v. First National Bank and Trust Co. of Williston (In re FF Station, LLC)*, Case 6:08-ap-00116-ABB ("FNB Adversary")(collectively, all adversaries referred to as, the "Adversaries").

5. In the Adversaries, FF Station alleges that the Adversary Defendants were the recipient of funds (as the mediate or immediate transferees under §550(a)(2)) that were initially transferred from FF Station to LJPE. LJPE acted as a conduit in facilitating the transfer of the subject funds to the Adversary Defendants for Pearlman's own personal benefit and to the detriment of FF Station.

6. FF Station is not suing or attempting to recover against property of LJPE. LJPE is not even a party to the Adversaries. Rather, FF Station is seeking to recover funds of FF Station that were transferred by and through LJPE and ultimately to the Adversary Defendants as the transferees of said funds.

7 As such, FF Station does not believe that the filing or continuation of the Adversaries is violations of any automatic stay in the LJPE Bankruptcy Case.

8. However, in the interest of all parties, and upon the request of LJPE, FF Station filed its Motion for Relief from the Automatic Stay to Pursue Fraudulent Transfer Actions against Non-Parties ("Stay Relief Motion"). (LJPE Doc. No. 2399).

9. The parties agreed to abate the Adversaries until the Court entered an order regarding FF Station's Stay Relief Motion.

10. On May 28, 2009, the Court entered an Order setting a status conference regarding the Adversaries and gave the parties until August 7, 2009 to file their Statement of Facts and Legal Propositions. (Doc. No. 7). Additionally, the Court set this matter for hearing on August 20, 2009.

11. However, the Court has not yet ruled on FF Station's Stay Relief Motion.

12. Therefore, the parties request a brief extension of time to file their statement of facts and legal propositions for this adversary until thirty (30) days after the entry of a final order on the Stay Relief Motion.

13. It should be noted that the request for an extension of time is not the result of counsels' procrastination or lack of attention.

**WHEREFORE**, it is respectfully requested that this Court enter an order extending the deadline for the parties to submit their statement of facts and legal propositions, currently set for

August 7, 2009, for thirty (30) days after the entry of a final order on the Stay Relief Motion, and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 7th day of August 2009.

| | |
|---|---|
| /s/Elizabeth A. Green<br>Elizabeth A. Green<br>Florida Bar No. 0600547<br>egreen@lseblaw.com<br>Justin M. Luna<br>Florida Bar No. 713481<br>jluna@lseblaw.com<br>**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**<br>390 N. Orange Avenue, Suite 600<br>P. O. Box 3353 (32802-3353)<br>Orlando, Florida 32801<br>Tel: 407-481-5800<br>Fax: 407-481-5801<br>Attorneys for the Debtor/Plaintiff | /s/Patrick Scott<br>Patrick Scott, Esq.<br>Florida Bar No. 290025<br>**GrayRobinson, P.A.,**<br>401 East Las Olas Blvd.<br>Suite 1850<br>Ft. Lauderdale, Florida 33301<br>pscott@gray-robinson.com<br>**Attorneys for GrayRobinson, P.A.** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:07-bk-00575-ABB |
| F. F. STATION, LLC,<br>a Florida limited liability company, | Chapter 11 |
| Debtor. | |
| F. F. STATION, LLC,<br>a Florida limited liability company, | Adv. No.: 6:09-ap-00039-ABB |
| Plaintiff, | |
| vs. | |
| GRAY ROBINSON, P.A., a Florida corporation, f/k/a GRAY HARRIS & ROBINSON P.A. | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Transmission and/or First Class U.S. Mail, postage prepaid, to: Patrick Scott, Esq., GrayRobinson, P.A., 401 East Las Olas Blvd., Suite 1850, Ft. Lauderdale, Florida 33301, on this 7th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green