UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | BKY CASE NO. 6:07-bk-00575-ABB |
| F. F. STATION, LLC,<br>a Florida limited liability company, | CHAPTER 11 |
| Debtor. | ADV. CASE NO. 6:09-ap-00039-ABB |
| _____/ | |
| F. F. STATION, LLC,<br>a Florida limited liability company, | |
| Plaintiff, | |
| vs. | |
| GRAYROBINSON, P.A., | |
| Defendant. | |
| _____/ | |

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker") and Baker Hostetler, LLP ("Baker"), at the request and at the direction of F.F. STATION, LLC ("FFS" or the "Debtor"), hereby stipulate as follows:

1. Baker shall be substituted for Latham, Shuker, Eden & Beaudine, LLP, as counsel of record for Debtor in this matter; and

2. Latham, Shuker, Eden & Beaudine, LLP, shall be relieved of any further responsibility for representation of the Debtor in this matter; and

3. All papers to be served upon counsel for the Debtor shall be directed and transmitted to substituted counsel as follows:

Elizabeth A. Green
Baker & Hostetler, LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801
407-649-4000 (Tel)
407-841-0168 (Fax)
Effective as of September 21, 2009

Dated: 10/7/2009

/s/ Elizabeth A. Green
Elizabeth A. Green
egreen@bakerlaw.com
Florida Bar No. 0600547
Baker & Hostetler, LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801
407-649-4000 (Tel)
407-841-0168 (Fax)

/s/ R. Scott Shuker
R. Scott Shuker
rshuker@lseblaw.com
Florida Bar No. 984469
Latham, Shuker, Eden & Beaudine, LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801
407-481-5800 (Tel)
407-481-5801 (Fax)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              BKY CASE NO. 6:07-bk-00575-ABB

F. F. STATION, LLC,                                 CHAPTER 11
a Florida limited liability company,

        Debtor.                                ADV. CASE NO. 6:09-ap-00039-ABB
_____/

F. F. STATION, LLC,
a Florida limited liability company,

        Plaintiff,
vs.

GRAYROBINSON, P.A.,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of **JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL** has been furnished either electronically, by facsimile, and/or by U.S. First Class, postage prepaid mail to: F.F. Station, LLC, c/o Terry Soifer, President, c/o Consulting CFO, 2100 Lee Road, Suite F, Winter Park, FL 32789; Patrick S Scott, Esq., GrayRobinson PA, 401 East Las Olas Blvd., Suite 1850, Fort Lauderdale, FL 33301; the Local Rule 1007-2 Parties-in-Interest list, as shown on the service list attached to the original of this statement filed with the Court; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this ___ day of October 2009.

                                        /s/ R. Scott Shuker
                                        R. Scott Shuker
                                        Florida Bar No. 984469
                                        **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                        390 N. Orange Avenue, Suite 600
                                        P. O. Box 3353 (32802-3353)
                                        Orlando, Florida 32801
                                        Telephone: 407-481-5800
                                        Facsimile: 407-481-5801